No. 83–96. LIMBACH, TAX COMMISSIONER OF OHIO v. HOOVEN & ALLISON CO. Sup. Ct. Ohio. [Certiorari granted, *ante*, p. 813.] Motion of International Association of Assessing Officers for leave to file a brief as *amicus curiae* granted.

No. 83–5581. GLOVER ET AL. v. ALEXANDER, SECRETARY OF THE ARMY. C. A. 4th Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 19, 1983, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, *ante*, p. 928, we would deny the petition for certiorari in this case without reaching the merits of the motion to proceed *in forma pauperis*.

No. 83–664. IN RE FREEMAN. Petition for writ of habeas corpus denied.

No. 83–365. IN RE MOORE, BY MOORE ET AL.; and

No. 83–5542. IN RE GILL. Petitions for writs of mandamus denied.

No. 83–498. BROWN, DIRECTOR, DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF GAMING ENFORCEMENT, STATE OF NEW JERSEY, ET AL. v. HOTEL & RESTAURANT EMPLOYEES & BARTENDERS INTERNATIONAL UNION LOCAL 54 ET AL.; and

No. 83–573. DANZIGER, ACTING CHAIRMAN, CASINO CONTROL COMMISSION OF NEW JERSEY, ET AL. v. HOTEL & RESTAURANT EMPLOYEES & BARTENDERS INTERNATIONAL UNION LOCAL 54 ET AL. Appeals from C. A. 3d Cir. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 709 F. 2d 815.

No. 83–436. REGAN, SECRETARY OF THE TREASURY, ET AL. v. WALD ET AL. C. A. 1st Cir. Certiorari granted.